No. 704. WALDON *v.* UNITED STATES. February 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *John Waldon, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. W. Marvin Smith, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 798. SAFEWAY STORES, INC. *v.* BOWLES, PRICE ADMINISTRATOR. February 26, 1945. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Messrs. Elisha Hanson* and *Eliot C. Lovett* for petitioner. *Solicitor General Fahy* for respondent.

No. 799. SAFEWAY STORES, INC. *v.* BOWLES, PRICE ADMINISTRATOR. February 26, 1945. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Messrs. Elisha Hanson* and *Eliot C. Lovett* for petitioner. *Solicitor General Fahy* for respondent.

No. 819. CENTRAL DISPENSARY & EMERGENCY HOSPITAL *v.* NATIONAL LABOR RELATIONS BOARD. February 26, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Joseph C. McGarraghy* for petitioner. *Solicitor General Fahy, Mr. Alvin J. Rockwell, Misses Ruth Weyand* and *Margaret M. Farmer* for respondent.

No. 822. FRANKLIN ET AL. *v.* CITY OF NEW YORK ET AL. February 26, 1945. Petition for writ of certiorari to the

848

Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles Franklin* for petitioners. *Mr. Leo Brown* for respondents.

No. 826. BERGER ET AL. *v.* UNITED STATES. February 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis B. Boudin* for petitioners. *Solicitor General Fahy, Messrs. Douglas B. Maggs* and *Albert A. Spiegel* for the United States.

No. 831. RAMBO ET AL. *v.* UNITED STATES. February 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. George C. Spence* and *Edgar Watkins* for petitioners. *Solicitor General Fahy, Messrs. J. Edward Williams, Vernon L. Wilkinson* and *Miss Wilma C. Martin* for the United States.

No. 842. GREENAN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. February 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Geo. B. Thatcher* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Robert N. Anderson* and *Miss Melva M. Graney* for respondent.

No. 851. THATCHER *v.* BLACKER ET AL. February 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Lester H. Loble* and *M. S. Gunn* for petitioner. *Mr. Taylor B. Weir* for respondents.